**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

USDC Civil Action No. 16-cv-01158-WJM-CBS

W. R. Hansen dba Hansen Drilling

**Plaintiff**

v.

LKA Gold Incorporated, a Delaware Corporation

**Defendant**

_____

LKA GOLD INCORPORATED PROPOSED

*VOIR DIRE* QUESTIONS

_____

      LKA Gold Incorporated, defendant, acting pursuant to Rule IV..B.$.c of the WJM Revised Practice Standards, submits the following proposed *voir dire* questions:

1. Do you know any of the following people?

    a. William Hanson, who is the plaintiff.

    b. Kye Abraham, who is the president of LKA Gold Incorporated, the defendant

    c. Mike Schell of Montrose

    d. Tony Schell of Montrose

    e. Linda Schell of Montrose

    f. Jamie Schell of Montrose

    g. Rauno Perttu

    h. Terry Ray

    i. Tyler Ormsbee

  j. Nanette Abraham

  k. Lonnie Mollberg

  l. Lonnie Mollberg

  m. Dale Pahrman

  n. Gene Weathers

  o. Andy Richmond

  p. Nancy Essex

2. If you do know any of the above, state how you know them.

3. Have you heard of or know anything about LKA Gold Incorporated (the Defendant) or LKA International?   If so, what.

4. Have any of you heard of the Golden Wonder mine near Lake City, Colorado?  If so, what have you heard?

5. Have any of you heard anything about this case and if so, what did you hear (this would have to be answered outside of the hearing of the other prospective jurors.)

6. Please state what your occupation is, how long you have been in that occupation and what other occupations you have been engaged in previously.

7. Have any of you been in the business of drilling for mine exploration or know anyone who is or has been in this business?  If so, provide details of when and where this business existed.

8. Have any of you or member of your family been involved in any kind of drilling business?  If so, describe what kind of drilling the business conducted.

9. Do any of you or a family member have any education or experience related to mining?  If so, state what education experience you or a family member has.

10.  Have you or a family member been engaged in any occupation or business related to construction?  If so, describe what the occupation or business was and the position you or your family member had.

11. Have any of you or anyone in your family been the owner of a small business or been self-employed?

12  If so, describe what the business was, where it operated and when.

13.  Have any of you or a family member been employed in a small business?  If so, state the name of the employer, the job description and date.

14.  Have you ever been in charge of hiring or supervising employees or outside contractors or consultants?  If so, please describe who you worked for, what position you held and what your duties were

15.  Have any of you ever had to terminate an employee or contractor for poor performance?  If so, describe the situation where this occurred..

16.  State what education and/or training in a trade you have.

17.  State whether you have been a plaintiff or defendant in any lawsuit involving allegations of a breach of contract.  If you have been, describe what the lawsuit was about, who the plaintiff and defendant was and the outcome.

18.  State whether you have previously been a juror in a lawsuit involving allegations of a breach of contract.  If you have been, identify the court where the trial was held, the names of the parties and the outcome of the trial.

      This the 19th day of October, 2018.

                NANCY BENTSON ESSEX, P.C.


                By:  ___/s/ Nancy Essex_____
                      Nancy Bentson Essex #32622
                115 Elk Ave., Suite G
                P.O. Box 4049
                Crested Butte, CO 81224
                Email: nbessex@nbessex.com
                Tel: 970-349-0828
                Fax: 970-251-7106


                ATTORNEYS FOR LKA GOLD, INCORPORATED


**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 19th day of October, I served the following person with the foregoing Motion by sending the foregoing to the email address indicated below.

Andy Richmond
P.O. Box 2903
Crested Butte, CO 81224
andy@gunnisonlawyer.com

This the 19th day of October, 2018.

_/s/ Nancy Essex_____
Nancy B. Essex