**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-01158-WJM-CBS

W.R. Hansen dba Hansen Drilling

      **Plaintiff,**

      v.

LKA Gold Incorporated, a Delaware corporation

      **Defendants.**

---

### [PROPOSED] PLAINTIFF VOIR DIRE QUESTIONS

---

Plaintiff W.B. Hansen, by and through his attorney, the Richmond Law Firm, respectfully submit the following proposed voir dire questions to be asked of prospective jurors in accordance with this Court's Practice Standard IV. B. 4. c.

1. Is everyone here familiar with the concept of a contract?

    a.  Raise your hand if you believe contracts must be strictly adhered to.

    b.  Individual follow-up on details of the experiences.

    c.  Additional follow-up asking other prospective jurors their views on the details uncovered by the previous question.

2. Some people may take the position that the person who created a services contract can terminate that contract whenever they feel like it; others may say that once the services contract is signed then the hiring party must give the other party all reasonable chances to perform the contract. Please raise your hand if you believe the hiring party can terminate the contract

whenever they wish.  Please raise your hand if you believe the hired party must be given all opportunity to perform the signed contract.

    a.   Individual follow-up asking why prospective jurors raised their hand for either statement.

3. Who here has entered into, or seen family or a friend enter into, a contract or agreement of any kind that did not state a specific time to complete the contract or agreement?

    a.   Individual follow-up asking how the experience was for certain prospective jurors.

4. Some people may say that if no time is specifically listed in a contract, the hiring party can choose when performance must occur; others may say that if time is not specified in in a contract that it must be completed within a reasonable time.  Please raise your hand if you believe the hiring party is allowed to decide time for performance.  Please raise your hand if you believe the contract must be completed within a reasonable time.

    a.   Individual follow-up asking why prospective jurors raised their hand for either statement and what "reasonable" means.

5. Who here has entered into a written contract?

    a.   Who believes that there are additional terms to a written contract that do not appear in writing?  Who believes that the only terms of a written contract are those that appear in writing?

    b.   Individual follow-up asking what terms are enforceable in a written contract.

    c.   Individual follow-up asking how to deal with terms that are not listed in the contract for example time for performance.

6. Is anyone here a small business owner or does anyone have family or friends that are small business owners?

    a.   Have any of these small business owners had their business damaged by someone refusing to pay on a contract?

    b.   Individual follow-up on how prospective jurors view that experience.

7. I represent the Plaintiff in this case which means that I will be asking you to award my client money damages if you find that the Defendant breached a contract.  What are your opinions about people who bring suits to collect damages?

8. Some people think that lawsuits have no place in business; others believe lawsuits are an important remedy when someone has been harmed by a business deal gone wrong.  Please raise your hand if you believe that lawsuits have no place in business.  Please raise your hand if you believe lawsuits are an important remedy when someone has been harmed by a business deal gone wrong.

    a.   Individual follow-up asking details about why a prospective juror raised their hand for either statement.

    b.   Does anyone here oppose lawsuits no matter what?

    c.   Has anyone here ever thought they had a reason to sue but chose not to?

        i.   As a result of these experiences, is there anyone who does not believe they could give a Plaintiff a fair hearing?

Respectfully submitted this the 19th day of October, 2018.

*/s/ Andy R. Richmond*
_____

Andy R. Richmond, No. 45927
Richmond Law Firm, LLC
P.O. Box 2903
Crested Butte, Colorado 81230
Phone Number: 970-315-2053
E-mail: andy@gunnisonlawyer.com
Attorney for Plaintiff Hansen


**CERTIFICATE OF SERVICE**

I hereby certify that on this the 19th day of October, 2018, I electronically filed the foregoing **[PROPOSED] PLAINTIFF'S VOIR DIRE QUESTIONS** with the Clerk of Court using the CM/ECF system and served the same via Electronic Mail to the following:

Nancy Bentson Essex PC
P.O. Box 4049
Crested Butte, CO 81224
Attorney for Defendant LKA Gold Incorporated

*/s/ Andy Richmond*
_____